UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 17 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VaDarrien Knight

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rebecca Thuestad #12804
Juan Belmontes #3210
Officer Rivera #16152
Chicago Police Department

1:16-cv-6333
Judge Samuel Der-Yeghiayan
Magistrate Judge Mary M. Rowland
PC6

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I.  **Plaintiff(s):**

    A.  Name: Vadarrien Knight

    B.  List all aliases: Cordaro Knight

    C.  Prisoner identification number: #20151219001 (#R05277)

    D.  Place of present confinement: Cook County Jail

    E.  Address: 2650 S. California, Chicago, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Rebecca Thuestad #Star No 12804

        Title: Chicago Police Officer

        Place of Employment: ("C.P.D" Chicago Police Dept)

    B.  Defendant: Juan Belmontes #Star No 3210

        Title: Chicago Police Officer

        Place of Employment: ("C.P.D" Chicago Police Dept)

    C.  Defendant: Rivera #16152

        Title: Chicago Police Officer

        Place of Employment: ("C.P.D" Chicago Police Dept)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 16, 2015, I was coming from a friend house, who at the time stayed on 13th Lawndale, going to my cousin Latangela Tymes house who stayed at 1500 S. Hamlin; So as I get to the corner of "Douglas & Lawndale", I was stopped, & frisked by "C.P.D 1st Officer Rebecca Thuestad #12804, & 2nd Officer Juan Belmontes #3210, & a few more officers — they had stopped me, & had put me in hand cuffs, as they searched me, which they didn't find anything on me, becuz I didn't have nothing on me but my state ID, & 50¢ "U.S.C". I was irrate that I was being frisked, & detained for no reason. The Officer had the hand cuffs on my wrist so tight, to where my hands was numb, to which was cutting off my blood circulation — so I asked officer Thuestad #12804 could she please unloosen the hand cuffs on my wrists, becuz I could feel my hands, & that's when Officer Rivera #16152 had walked up, & said that they didn't look tight, as he grabbed my hand cuffs, & even tighted them up even tighter, & the result of the hand cuffs being so tight, caused me to have deep cuts, & bruises on my left, & right wrist, & pictures were taken to prove that what I'm saying is true — so as officer Rivera #16152 had tighten up my handcuffs, that's when I had become

4

Revised 9/2007

belligerent toward him, & them other officers, & to remind you, I'm still up against the police car w/ my chest against the car, so as I turn my head to the right to protest against what officer Rivera #16152 had done, that's when officer Rivera #16152 had punched me on the right side of my face, as I was slammed to the ground — & as I'm on the ground, I was repeatly punched, & kicked by 3 to 4, or more officers, as they was telling me to stop resissiting arrest, which I never resisted — & this beating had lasted for about 1 to 3 minutes — & I was then picked up, & thrown into the back seat of the police squad car, as I was drove to the police station. I got the scars, & wounds to prove that what I'm saying that the police has done to me is true, becuz my (P.D Megan) at "Harrison & Kenzie" had took pictures of my scars & wounds on her cell phone — & when I had made it here at 26th California Sgt Carter at (DIV I-G4) had video teped me, as he documented my scars & wounds, becuz he wanted to make sure that I didn't recive these injuries here at 26th Califorina. I had told him that I had recived my injuries from the (C.P.D " unit 10) from multiple officers — I had got lock up 12·16·15, & I had went to the police station, & from the police station, I had went to mount Sinia hosiptal from 12·16·15 to 12·19·15, & from mount Sinia hosiptal, I had went straight to cook county jail

5                                                                                                    Revised 9/2007

(Div 8) the "medical unit", becuz of my injuries that I had received at the hands of these officers, & after I had left (Div 8) the "medical unit", I was transfer to (Div 1-64) & when I had went the Dispencary in Div 1, a nurse had typed in a list of my injuries in her computer: Here go a list of my injuries that was Recorded, & Documented by my Attorney (megan) at (Harrison & Kedize) on her cell phone — & video taped by Sgt Carter on a camcorder at 26th California in (Div 1-64), & here go a list of my Documented scars & wounds... "A front chip tooth — Bottom, & top lip busted — A bruise, & A scar, by the right side of my face — Deep cuts on my left, & Right wrist, from the hand cuffs being so tight — I had purple, & Green bruises threw out my body from being Repeatly punched, & kicked while I was on the ground — I had a Deep cut on my right forearm, & a Deep Gash on my right shoulder, & a cut on my right elbow, & I had alot of red marks threw out my body.

Revised 9/2007

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want these officers investigated & fired if found of any wrong doing, becuz they are abrusing their athourity as men & women of the law who suppose to serve & protect. I AM seeking monetary compensation for the pain, torture, & suffering that i endured of police brutaility. I also lost my job, home, & most of all, i lost my family, & most of all, my family respect...

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th day of JUNE, 2016

_Vadarrien Knight_
(Signature of plaintiff or plaintiffs)

VADARRIEN KNIGHT
(Print name)

20151219001
(I.D. Number)

2650. S. CAlifornia
Chicago. IL, 60608
(Address)